UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                         No.  16-CR-512-LTS

TERRY CHAPPELL,

            Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Docket Entry No. 40.)  Defendant's request for permission to redact medical information from the publicly-filed version is granted.  The Government must file its written response to the foregoing application by **June 11, 2020.**  A complete, unredacted courtesy copy must be provided to defense counsel and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Any reply must be filed by **June 16, 2020.**

Medical and other confidential personal information may be redacted from the versions filed on ECF of the parties' submissions.  The parties must deliver unredacted hard copies of any redacted filings to the drop box located in the lobby of the Daniel Patrick

Moynihan Courthouse, with a copy of this Order, as soon as is practicable, and in any event no later than July 17, 2020.

      SO ORDERED.

Dated: New York, New York
      June 2, 2020

      \_\_\_/s/ Laura Taylor Swain_____
      LAURA TAYLOR SWAIN
      United States District Judge