UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.  16-CR-512-LTS

TERRY CHAPPELL,

        Defendant.

-------------------------------------------------------x

ORDER

The Court will hold a telephonic hearing on Mr. Terry Chappell's application for compassionate release on **Thursday July 2, 2020**, at 10:00 a.m.  The parties must be prepared to address: whether, to what extent and why Mr. Chappell believes that residence in a Residential Reentry Center would reduce his likelihood of exposure to COVID-19; whether Mr. Chappell has any other proposed release plan; how Mr. Chappell would expect to address employment and self-support while undertaking pandemic-related precautions; and whether Mr. Chappell has met his burden of demonstrating that he does not pose a danger to the public.

To access the call, the parties must dial 888-363-4734 and enter the access code 1527005, followed by the security code 1932.  During the call, the participants are directed to observe the following rules:

1. Use a landline whenever possible.
2. Use a handset rather than a speakerphone.
3. All callers in to the line must identify themselves if asked to.
4. Identify yourself each time you speak
5. Mute when you are not speaking to eliminate background noise.
6. Spell proper names.

Additionally, teleconference participants are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these

prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

SO ORDERED.

Dated: New York, New York
June 29, 2020

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge