UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  16-CR-512-LTS

TERRY CHAPPELL,

        Defendant.

-------------------------------------------------------x

ORDER

        With regard to Mr. Chappell's pending application for compassionate release (docket entry nos. 45 and 47), the Court would like to bring to the parties' attention the information attached to this order from the U.S. Probation Office regarding Residential Reentry Centers ("RRC"), including responsibilities of RRC residents for obtaining their own medical care from local community professionals and, in Mr. Chappell's case, continuing to follow the required substance abuse treatment program.

        In light of the complexity of Mr. Chappell's medical issues and the other responsibilities that he would have in an RRC setting to comply with the terms of his supervision and to protect his own health, the Court is inclined to believe that Mr. Chappell would be well served by completion of the Residential Drug Abuse Program ("RDAP") program at FCI Fort Dix prior to any release and that, during such time as it may take to re-enter and complete the RDAP program, Mr. Chappell should work with the Probation Office and the RRC placement coordinators to define a plan in which he will be better positioned to ensure medical continuity and conduct himself in a way that is consistent with his treatment needs and safety concerns.

Counsel for Mr. Chappell and the Government are invited to comment on the information provided in this Order in their supplemental submissions.

    SO ORDERED.

Dated: New York, New York
       July 9, 2020

          ___/s/ Laura Taylor Swain_____
          LAURA TAYLOR SWAIN
          United States District Judge



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:**     Honorable Laura Taylor Swain, U.S. District Judge
**FROM:**   Ed Johnson, Deputy Chief U.S. Probation Officer
**RE**     Terry Chappell, 1:16CR512-1(LTS)
**DATE:**   July 09, 2020

Per Your Honor's directive following the compassionate release hearing for Mr. Chappell on July 2, I have consulted with Bureau of Prisons staff to provide further information about his experience should he be released to a Residential Re-Entry Center (RRC).

As relayed by Maria Figueroa, Residential Re-Entry Oversight Specialist, and Robert Voorhees, Supervisory Community Treatment Coordinator, the following is offered to assist with your decision on whether or not the RRC would be an appropriate release alternative for Mr. Chappell.

Medical attention that Mr. Chappell would require is provided by local community professionals. That medical attention is provided on an as needed basis, with the priority being continuity of care. Mr. Chappell would be required to schedule his own appointments, enter pass requests via RRC provided computers and facilitate travel to and from the medical facility. Mr. Chappell would be required to "fend for himself," as that is what the RRC is designed to achieve. The goal is successful transition to the community with little supervision.

Medication that Mr. Chappell is taking while at FCI Fort Dix will be provided to him as he transitions to the RRC. While an inmate can be given up to a 90-day supply, they are usually only given enough for 30 days, but there may have been a recent increase to 60 days due to COVID-19.

Processing an individual from an FCI to the RRC usually takes 6-8 weeks, but they have also been able to accomplish this task in as little as 30 days.

The RRC can accommodate continuing substance abuse treatment needs, should Mr. Chappell require same. If he is interested, he would be linked to a medically assisted treatment provider. The program the Brooklyn RRC utilizes has offices in Brooklyn and Manhattan.